**Lief DESKINS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 7, 1955.

John Paul Runyon, J. Ervin Sanders, Pikeville, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant, Lief Deskins, was convicted of the crime of maintaining a common nuisance, fined $100 and sentenced to thirty days in the county jail.

We have examined the transcript of evidence and have read the briefs of counsel, and conclude that there was adequate competent evidence to sustain the conviction.

Judgment is affirmed.